1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6

7  /nj

8  Attorney for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 RICHARD J. VELASQUEZ,            ) Civil No. 05-3215 MMC
                                    )
13              Plaintiff,          )
                                    )
14 v.                               ) STIPULATION AND ORDER
                                    )
15 JO ANNE B. BARNHART,             )
   Commissioner, Social Security    )
16 Administration,                  )
                                    )
17              Defendant.          )
                                    )
18                                  )
   _____)
19

20      Plaintiff and Defendant, through their respective attorneys,
21 hereby stipulate that Plaintiff shall have an extension of time
22 up through and including Wednesday, January 18, 2006 in which to
23 e-file his Motion for Summary Judgment.  This extension is
24 necessitated by the number of other cases Plaintiff's counsel
25 currently has before the district court that also require
26 briefing.
27
28

                                   1
STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney




Dated: December 7, 2005             /s/_____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney




Dated: December 7, 2005             /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    RICHARD J. VELASQUEZ


IT IS SO ORDERED.


Dated: December 9, 2005             _____
                                    HON. MAXINE M. CHESNEY
                                    District Court Judge
```

STIPULATION AND ORDER

2