HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. VELASQUEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security<br>Administration,<br><br>　　　　Defendant. | Civil No. 05-3215 MMC<br><br>STIPULATION AND ORDER |

　　　Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Friday, February 17, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER

1

|   |   |
|---|---|
|   | /s/_____<br>KEVIN V. RYAN<br>United States Attorney |
| Dated: January 19, 2006 | /s/_____<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: January 19, 2006 | /s/_____<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>RICHARD J. VELASQUEZ |

IT IS SO ORDERED.

Dated:   January 20, 2006

_____
HON. MAXINE M. CHESNEY
District Court Judge

2

STIPULATION AND ORDER