HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/kz

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD J. VELASQUEZ, | ) | Civil No. 05-3215 MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Monday, March 20, 2006 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | _____<br>KEVIN V. RYAN<br>United States Attorney |
| Dated: February 17, 2006 | /s/_____<br> SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: February 17, 2006 | /s/_____<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>RICHARD J. VELASQUEZ |

IT IS SO ORDERED.

| | |
|---|---|
| Dated:  February 17, 2006 | *[signature]*<br>_____<br>HON. MAXINE M. CHESNEY<br>District Court Judge |

2

STIPULATION AND ORDER