IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. VELAZQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART, Commissioner,<br>Social Security Administration,<br><br>　　　　Defendant.<br>_____/ | No. C-05-3215 MMC<br><br>**ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　　　On March 20, 2006, plaintiff Richard J. Velazquez electronically filed his motion for summary judgment. Plaintiff violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　In an order filed March 27, 2006, the Court directed plaintiff to submit forthwith a chambers copy of his motion, and warned him that if he failed in the future to comply with the Court's order to submit chambers copies of electronically-filed documents, the Court could impose sanctions, including, but not limited to, striking from the record any

electronically-filed document of which a chambers copy had not been timely provided to the Court.

Plaintiff again has violated the Court's order by failing to lodge a chambers copy of his motion. The Court expects the parties to comply with the Court's orders without being repeatedly reminded to do so. Accordingly, the Court hereby STRIKES plaintiff's motion from the record, without prejudice to his filing, no later than April 17, 2006, a new copy of the document in compliance with General Order 45 and accompanied by a declaration explaining the reasons for his failure to date to abide by the Court's orders.

**IT IS SO ORDERED.**

Dated: April 11, 2006

MAXINE M. CHESNEY
United States District Judge