1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
7
8  Attorneys for Defendant

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 RICHARD J. VELASQUEZ,          )
                                  )
13          Plaintiff,            )   CIVIL NO.   05-03215 MMC
                                  )
14          v.                    )   STIPULATION AND ORDER EXTENDING
                                  )   DEFENDANT'S TIME TO FILE
15 JO ANNE B. BARNHART,           )   RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security,)  MOTION FOR SUMMARY JUDGMENT
16                                )
                                  )
17          Defendant.            )
   _____)

18        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on May

21 15, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on June 14, 2005.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

_____

   [1]  See attached Declaration of Mary P. Parnow.

1      This is defendant's first request.

2

3

4

5 Dated: May 17, 2006          /s/

               HARVEY P. SACKETT

6                Attorney for Plaintiff

7

               KEVIN V. RYAN

8                United States Attorney

9

10

11

12 Dated: May 18, 2006    By:     /s/

               SARA WINSLOW

13                Assistant United States Attorney

14

15 PURSUANT TO STIPULATION, IT IS SO ORDERED:

16

17

18

19 Dated:  May 18, 2006

               _____

20                MAXINE M. CHESNEY

               United States District Judge

21

22

23

24

25

26

27

28

VELASQUEZ, EXT.MXSJ (mpp)
C 05-03215 MMC           2