KEVIN V. RYAN, SBN 118321
United States Attorney
LUCILLE GONZALES MEIS
Chief Counsel, Region IX, Social Security Administration
MARY P. PARNOW, SBN 174980
Special Assistant United States Attorney

    333 MARKET STREET, SUITE 1500
    SAN FRANCISCO, CA 94105
    (415) 977-8943
    (415) 744-0134 (fax)
    MARY.PARNOW@SSA.GOV

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD VELASQUEZ, <br>     Plaintiff, <br>     v. <br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br>     Defendant. | CIVIL NO. 05-03215 MMC <br><br> STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay FIVE THOUSAND DOLLARS ($5,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action, and TWO HUNDRED FIFTY-SEVEN DOLLARS AND FORTY CENTS ($257.40) in costs. The checks are to be payable to plaintiff's counsel:

HARVEY SACKET<br>
P. O. BOX 5025<br>
SAN JOSE, CA 95150-5025<br>
(408) 295-7755 fax: 7444

///

1      2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA and costs, and
does not constitute an admission of liability or fault on the part of defendant under the Equal Access
to Justice Act.

      3. Payment of the FIVE THOUSAND DOLLARS ($5,000.00) EAJA fees incurred in this
court action, and TWO HUNDRED FIFTY-SEVEN DOLLARS AND FORTY CENTS ($257.40) in
costs, will constitute a complete release from and bar to any and all claims, rights, causes of action,
liens or subrogated interests relating to attorney fees pursuant to the EAJA, and/or costs as a result of
this court action.

Dated: January 18, 2007                /s/
                                      HARVEY P. SACKETT
                                      Attorney for Plaintiff

                                      KEVIN V. RYAN
                                      United States Attorney

Dated:                          By:        /s/
                                      MARY P. PARNOW
                                      Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: January 23, 2007                    /s/ Maxine M. Chesney
                                      MAXINE M. CHESNEY
                                      United States District Judge